IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CHARLES BROWN**                                                                                       **PLAINTIFF**

**V.**                                                                            **NO. 4:13-CV-154-DMB-DAS**

**GLORIA WESLEY, ET AL.**                                                             **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion and order entered this day, Defendants' Motion for Summary Judgment [35] is **GRANTED**, and the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief can be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B) and 1915(g).

**SO ORDERED**, this the 4th day of September, 2014.

                                                          **/s/ Debra M. Brown**
                                                          **UNITED STATES DISTRICT JUDGE**